No. 8520.  STATE ex Rel. JOSEPH E. SWINDLEHURST, Petitioner, v. MONTANA LIQUOR CONTROL BOARD et al., Defendants.

Decided April 21, 1944.

Original application for writ of prohibition directing defendants to amend certain orders granting Lyle C. Burrill the privilege of changing the premises at which he could operate a saloon in the city of Livingston.  No cause appearing why this court should accept original jurisdiction of the matter, the writ prayed for is denied.

*Mr. E. M. Hall,* for Petitioner.

No. 8503.  CATHERINE C. DUNN, Plaintiff and Appellant, v. PATRICK F. DUNN, Defendant and Respondent.

Decided June 2, 1944.

Appeal from District Court of Cascade County.  From an order denying plaintiff's petition for modification of a decree of divorce.  The parties herein having settled by agreement in writing all the matters involved in the within appeal and stipulated that the appeal be dismissed, each side bearing his or her own costs incurred in the appeal, it is ordered that the appeal be dismissed.

*Mr. E. J. Stromnes,* for Appellant.

*Mr. H. R. Eickmeyer,* for Respondent.